UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION 06-60034** |
| **VERSUS** | **JUDGE MELANCON** |
| **SCOTT MICHAEL THOMPSON** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Scott Michael Thompson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. 112) was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Scott Michael Thompson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. 112) is **DENIED AND DISMISSED WITH PREJUDICE.**

Thus done and signed in Lafayette, Louisiana, this 18th day of October, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE